UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JENNY M. HOYT,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

NO.  CV-12-163-JPH

**JUDGMENT IN A
  CIVIL CASE**

**DECISION BY THE COURT:**

     This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that:

     Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for Defendant.

     DATED: July 16, 2013

                        SEAN McAVOY
                        District Court Executive/Clerk

                        s/ L. Stejskal
                        Deputy Clerk